June 15, 2007

Mr. John R. Lively Jr.
Brown Pruitt Peterson & Wambsganss, P.C.
201 Main Street, Suite 801
Fort Worth, TX 76102
Mr. Carl D. Tillery
Tillery & Tillery
8344 E. R.L. Thornton Frwy, Ste. 304
Dallas, TX 75228

RE: Case Number: 05-0722
 Court of Appeals Number: 10-04-00341-CV
 Trial Court Number: 03-00-12692-CV

Style: BRINSON FORD, INC., INDIVIDUALLY AND D/B/A BRINSON FORD LINCOLN
 MERCURY
 v.
 CONNIE W. ALGER

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Pursuant to Texas Rule
of Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court reverses the court of appeals'
judgment and renders judgment.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Marilyn |
| |Greer |
| |Ms. Sharri |
| |Roessler |